FILED ___ ENTERED
LODGED ___ RECEIVED

SEP 0 9 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. C05-5651-FDB |
| v. ) | |
| DEBORAH A. MARSHALL, ) | ORDER |
| Defendant. ) | |

Ms. Marshall has been released on her own recognizance by Judge Benton.

DATED this 9th day of September, 2005.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

05-CR-05651-ORD